MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>ALBERT MANZO</u>              CASE NO. <u>3:06-mj-00045-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:            APRIL KARPER

UNITED STATES ATTORNEY:           CRANDON RANDELL

DEFENDANT'S ATTORNEY:             KEVIN MCCOY - APPOINTED

U.S.P.O.:                         CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON ARREST ON INDICTMENT FROM
             MIDDLE DISTRICT OF PENNSYLVANIA
             HELD FEBRUARY 17, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:03 p.m. court convened.

<u>X</u> Copy of Indictment given to defendant.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Same as above.</u>       Age: <u>22</u>

<u>X</u> Financial Affidavit filed.
  <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Waiver of Rule 40 Hearings **FILED**.

<u>X</u> Detention not contested. Defendant detained.

<u>X</u> Order of Detention Pending Trial **FILED.**

<u>X</u> Commitment to Another District **SIGNED.**

At 3:14 p.m. court adjourned.

NOTE: Original and one copy of Commitment to Another District hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:     February 21, 2006      DEPUTY CLERK'S INITIALS:    ak